# DISTRICT COURT – 35TH JUDICIAL DISTRICT

660 PLYMOUTH RD., PLYMOUTH, MICHIGAN 48170 – 1891
(743) 459-4740   Fax (734) 454-9303
www.35thdistrictcourt.org

RONALD W. LOWE
CHIEF DISTRICT JUDGE

MICHAEL J. GEROU
DISTRICT JUDGE



JAMES A. PLAKAS
CHIEF JUDGE PRO TEM

PAM AVDOULOS
COURT ADMINISTRATOR

January 17, 2024

Sundus Jaber
39111 Six Mile Rd.
Livonia, MI 48152

RE:   December 7, 2023 Request for Investigation response

Ms. Jaber,

The 35th District Court has actively addressed your request by completing an internal investigation. Based on the findings, the Court will be undertaking a review of its procedures and policies with staff to ensure improved future handling of similar situations. This specific investigation is now closed.

Thank you,

*P. Avdoulos*

Pam Avdoulos
Court Administrator

Cc:   Teresa Patton, Regional Managed Assigned Counsel Director
Chief Judge Ronald Lowe
District Judge James Plakas