UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUNDUS JABER,

    Plaintiff,

U.S. District Court No. 24-cv-10790
Hon. Mark A. Goldsmith
Magistrate Judge Elizabeth A. Stafford

vs.

35TH DISTRICT COURT,
REGIONAL MANAGED ASSIGNED
COUNSEL OFFICE (RMACO), and
CHIEF JUDGE RONALD LOWE,
SUPERVISING JUDGE JAMES PLAKAS, and
DIRECTOR OF RMACO, TERESA PATTON,
in their personal and official capacities,

    Defendants.
_____/

| | |
|---|---|
| SARAH RILEY HOWARD (P58531)<br>ELIZABETH L. GEARY (P76090)<br>PINSKY SMITH, PC<br>Attorneys for Plaintiff<br>146 Monroe Center St. NW, Ste. 418<br>Grand Rapids, MI  49503<br>(616) 451-8496<br>showard@pinskysmith.com<br>egeary@pinskysmith.com | JEREMY J. ROMER (P77287)<br>Attorney for Defendants, Regional Managed Assigned Counsel Office (RMACO) and Teresa Patton, only<br>16901 Michigan Avenue, Ste. 14<br>Dearborn, MI 48126<br>(313) 943-2035<br>jromer@dearborn.gov<br><br>LAURI B. STEWART (P55014)<br>KERR, RUSSELL AND WEBER, PLC<br>Attorney for Defendants 35th District Court, Chief Judge Ronald Lowe and Supervising Judge James Plakas, only<br>500 Woodward Ave., Ste. 2500<br>Detroit, MI  48226-3427<br>(313) 961-0200<br>lstewart@kerr-russell.com |

_____/

**APPEARANCE**

PLEASE ENTER the appearance of **JEREMY J. ROMER** as attorney of record on behalf of the Defendants, **Regional Managed Assigned Counsel Office (RMACO)** and **Teresa Patton**, only, in the above matter.

Respectfully submitted,

\_\_\_\_/s/ JEREMY J. ROMER_____
JEREMY J. ROMER (P77287)
Attorney for Defendants, Regional Managed Assigned Counsel Office (RMACO) and Teresa Patton, only
16901 Michigan Ave., Ste. 14
Dearborn, MI  48126
(313) 943-2035
jromer@dearborn.gov

Date:  April 15, 2024

### CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Sarah Riley Howard, Esq.
Elizabeth L. Geary, Esq.
146 Monroe Center St. NW
Suite 418
Grand Rapids, MI 49503

Lauri B. Stewart, Esq.
500 Woodward Ave., Ste. 2500
Detroit, MI  48226-3427

\_\_/s/Cynthia Metz_____
Cynthia Metz
16901 Michigan Ave., Ste. 14
Dearborn, MI  48126
(313) 943-2035
cmetz@dearborn.gov