UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUNDUS JABER,

       Plaintiff,                            Case No. 24-cv-10790

v.

                                                 HON. MARK A. GOLDSMITH

35TH DISTRICT COURT et al.,

       Defendants.

_____/

**ORDER DENYING MOTIONS TO DISMISS FILED BY (1) 35TH DISTRICT COURT, JUDGE RONALD W. LOWE, AND JUDGE JAMES PLAKAS (Dkt. 12); AND (2) DEFENDANTS TERESA PATTON AND REGIONAL MANAGED ASSIGNED COUNSEL OFFICE (Dkt. 13)**

    Defendants 35th District Court, Judge Ronald W. Lowe, and James Plakas filed a motion to dismiss (Dkt. 12) Plaintiff Sundus Jaber's complaint (Dkt. 1) on May 17, 2024.  Defendants Teresa Patton and Regional Managed Assigned Counsel Office filed a motion to dismiss on June 7, 2024 (Dkt. 13).  As Plaintiff has since filed a timely amended complaint as a matter of course under Federal Rule of Civil Procedure 15(a) (Dkt. 14), Defendants' motions to dismiss are denied without prejudice.  Defendants must respond to the amended complaint within fourteen days of the issuance of this order.

The Court notes that Defendants did not include local rule certifications in their motions to dismiss as required by this Court's order regarding protocols on filings and communication with the Court.  See 4/2/24 Order (Dkt. 3).  Future noncompliant filings will be struck.

SO ORDERED.

Dated: June 11, 2024  　　　　　　　　　　s/Mark A. Goldsmith
　　　　Detroit, Michigan  　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　　United States District Judge