UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

SUNDUS JABER,                                          File No. 2:24-CV-10790

    Plaintiff,                                              Hon. Robert J. White

v.

REGIONAL MANAGED ASSIGNED
COUNSEL OFFICE (RMACO),
CHIEF JUDGE RONALD LOWE,
SUPERVISING JUDGE JAMES PLAKAS, and
DIRECTOR OF RMACO
TERESA PATTON,
in their personal and official
capacities,

    Defendants.
_____

### PINSKY SMITH PC'S MOTION TO WITHDRAW FROM REPRESENTATION OF PLAINTIFF
_____

Sarah Howard, Elizabeth Geary, and the law firm of Pinsky Smith PC (collectively, "Pinsky Smith"), respectfully file this motion seeking to withdraw from representation of Plaintiff Sundus Jaber in this matter, pursuant to Michigan Rule of Professional Conduct 1.16(b). In support of this Motion, Pinsky Smith states:

    1.    Ms. Jaber, an attorney licensed in Michigan, retained Sarah Riley Howard and her law firm, Pinsky Smith, to represent her in this civil action.

1

2. Ms. Jaber has confirmed today that she does not wish to continue with Sarah Howard and Pinsky Smith representing her in this action. Recently, it has become clear that there are irreconcilable differences between Ms. Howard and her client.

3. The foregoing circumstances indicate a breakdown of the attorney-client relationship and necessitate Pinsky Smith's instant request to withdraw as Ms. Jaber's counsel in this matter.

4. An attorney may request permission to withdraw before this Court if the withdrawal can be accomplished without material adverse effect, or if good cause exists as set forth in Michigan Rules of Professional Conduct 1.16(b)(5).

5. Under the circumstances as presented for withdrawal in this motion, Pinsky Smith may withdraw as counsel, and good cause exists pursuant to Rule 1.16 of the Michigan Rules of Professional Conduct, in that the client has elected to terminate the attorney-client relationship with Pinsky Smith and Ms. Howard as counsel, has not yet designated substitute counsel, and has indicated a lack of confidence and trust in counsel for decisions that must be made in the case, so as to enable Pinsky Smith and Ms. Howard to discharge their responsibility as attorneys of record.

6. Granting the requested relief will not have a materially adverse effect on Ms. Jaber's interests in this civil action, since (1) she has expressed a desire to terminate the services of Pinsky Smith in favor of other

representation; (2) Plaintiff's Counsel is filing a Motion herewith seeking reasonable extension of upcoming deadlines; (3) the discovery period in this matter has yet to begin; and (4) case management deadlines have not yet been settled.

Based on the foregoing, Pinsky Smith PC respectfully requests that this Court enter an order allowing Pinsky Smith PC, Sarah Howard, and Elizabeth Geary to withdraw as counsel of record for Ms. Jaber in this suit.

Dated: October 3, 2025                     /s/ Sarah R. Howard
                                            Sarah Riley Howard
                                            Elizabeth L. Geary
                                            146 Monroe Center St NW, Suite 418
                                            Grand Rapids, MI  49503
                                            (616) 451-8496
                                            showard@pinskysmith.com