UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

SUNDUS JABER,                                          File No. 2:24-CV-10790

    Plaintiff,                                               Hon. Robert J. White

v.

REGIONAL MANAGED ASSIGNED
COUNSEL OFFICE (RMACO), and
CHIEF JUDGE RONALD LOWE,
SUPERVISING JUDGE JAMES PLAKAS, and
DIRECTOR OF RMACO
TERESA PATTON,
in their personal and official
capacities,

Defendants.
_____

CERTIFICATION UNDER LOCAL CIVIL RULE 7.1(a) RE:

PLAINTIFF'S MOTION FOR EXTENSION OF TIME, ETC., AND
PINSKY SMITH PC'S MOTION TO WITHDRAW AS COUNSEL
_____

    Pursuant to Local Civil Rule 7.1(a), counsel for Plaintiff emailed both attorneys for defendants on October 3, 2025 to determine if they would oppose Pinsky Smith PC's Motion to Withdraw as Counsel, and Plaintiff's Motion For Extension of Time to File Motion for Reconsideration and For Adjournment of Upcoming Discovery Plan Deadlines and Rule 16 Conference. On October 3, 2025, counsel for Defendants RMACO and Teresa Patton, Jeremy Romer, responded and stated that he did not object to the relief requested in either Motion. Plaintiff's

1

counsel has not yet heard back from Lauri Stewart, counsel for the remaining defendants.

                                                Respectfully submitted,

                                                PINSKY SMITH, P.C.

                                                By: */s/ Sarah R. Howard*
                                                Sarah Riley Howard
                                                Attorneys for Plaintiff
                                                146 Monroe Center NW #418
                                                Grand Rapids, MI 49503
                                                showard@pinskysmith.com

Dated:  October 3, 2025