UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

SUNDUS JABER,                                    File No. 2:24-CV-10790

    Plaintiff,                                    Hon. Robert J. White

v.

REGIONAL MANAGED ASSIGNED
COUNSEL OFFICE (RMACO),
CHIEF JUDGE RONALD LOWE,
SUPERVISING JUDGE JAMES PLAKAS, and
DIRECTOR OF RMACO
TERESA PATTON,
in their personal and official
capacities,

    Defendants.
_____

**PINSKY SMITH PC'S UNCONTESTED MOTION TO ADJOURN SCHEDULING CONFERENCE, AND TO AMEND ORDER TO SUBMIT JOINT DISCOVERY PLAN**
_____

    Sarah Howard, Elizabeth Geary, and the law firm of Pinsky Smith PC (collectively, "Pinsky Smith"), respectfully file this motion seeking to adjourn the scheduling conference portion of the hearing set for October 28, 2025, and to amend the Order requiring the parties to submit a Joint Discovery Plan by October 21, 2025. <u>Plaintiff and Defendants' counsel all concur and/or have no objection to the relief requested</u>. In support of this Motion, Pinsky Smith states:

1

1. On October 3, 2025, Pinsky Smith made a motion to withdraw from representation of Plaintiff Sundus Jaber. As Pinsky Smith advised the Court on that date, Ms. Jaber confirmed that she does not wish to continue with Sarah Howard and Pinsky Smith representing her in this action. Pinsky Smith also informed the Court on that date that there are irreconcilable differences between Ms. Howard and her client. The breakdown of the attorney-client relationship necessitated Pinsky Smith's request to withdraw as Ms. Jaber's counsel in this matter. That motion to withdraw is pending, and the Court set it for hearing for October 28, 2025.

2. Under the circumstances as presented for withdrawal in Pinsky Smith's motion, Pinsky Smith may withdraw as counsel, and good cause exists pursuant to Rule 1.16 of the Michigan Rules of Professional Conduct, in that the client has elected to terminate the attorney-client relationship with Pinsky Smith and Ms. Howard as counsel. Plaintiff has indicated a lack of confidence and trust in counsel for decisions that must be made in the case, precluding Pinsky Smith and Ms. Howard's ability to discharge their responsibility as attorneys of record.

3. The Court also set a scheduling conference in this case for October 28, 2025, necessitating preparation by the parties of a Joint Discovery Plan (JDP) and submission by October 21, 2025, as well as a meeting between the parties' representatives in advance to discuss the JDP.

4. Pinsky Smith cannot, as a practical matter, complete the JDP with defense counsel by October 21, 2025, because of the breakdown of the attorney-client relationship with Plaintiff. This became clear when the parties attempted in good faith to comply with the Court's order and prepare to submit a JDP. Pinsky Smith's representation of Plaintiff's interests in the conference with opposing counsel requires the giving of legal advice, in terms of advocating for Plaintiff's interests in the conference with opposing counsel. Plaintiff is also entitled to a reasonable period of time to locate substitute counsel to appear on her behalf from the date on which the Court permits Pinsky Smith's withdrawal. Plaintiff's new counsel will presumably have his or her own views on the schedule to propose to the Court.

5. Moreover, going forward with submitting a JDP prior to a Court order permitting withdrawal of Pinsky Smith also puts Defendants' counsel in an untenable position, requiring Defendants' counsel to negotiate with Plaintiff directly as an unrepresented party while she is still technically represented by Pinsky Smith, or necessitating defense counsel's negotiation with Pinsky Smith while knowing that Pinsky Smith is not going to be opposing counsel for the remainder of the case.

6. Granting the requested relief will not have a materially adverse effect on Ms. Jaber's interests in this civil action, Defendants' interests, or the Court's interests in the most efficient plan forward in this case. Indeed, Plaintiff and all attorneys are in agreement with the relief requested herein.

Based on the foregoing, Pinsky Smith PC respectfully requests that this Court enter an order adjourning the scheduling conference set for October 28, 2025, until a reasonable period of time after Pinsky Smith's withdrawal; permit Plaintiff an appropriate adjournment to hire substitute counsel; and amend all other related deadlines, including the deadline for submission of the parties' JDP for a reasonable time after Plaintiff's selection of substitute counsel appears.

Dated: October 20, 2025             /s/ Sarah R. Howard
                                                     Sarah Riley Howard
                                                     Elizabeth L. Geary
                                                     146 Monroe Center St NW, Suite 418
                                                     Grand Rapids, MI  49503
                                                     (616) 451-8496
                                                     showard@pinskysmith.com