UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Sundus Jaber,

Plaintiff(s),

v.

Case No. 2:24−cv−10790−RJW−EAS
Hon. Robert J. White

35th District Court, et al.,

Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Robert J. White at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 111. The following motion(s) are ***rescheduled*** for hearing:

Motion for Withdrawal of Attorney − #34

- MOTION HEARING: November 4, 2025 at 03:00 PM

**ADDITIONAL INFORMATION:** Plaintiff's counsel must serve a copy of the motion to withdraw and a copy of this notice on his/her clients. The clients must attend this hearing along with any proposed substitution counsel.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Tara L Villereal
Case Manager

Dated: October 21, 2025