UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUNDUS JABER,

      Plaintiff,

Case No.: 24-cv-10790
Hon. Robert J. White

vs.

35TH DISTRICT COURT,
REGIONAL MANAGED ASSIGNED
COUNSEL OFFICE (RMACO), and
CHIEF JUDGE RONALD LOWE,
SUPERVISING JUDGE JAMES PLAKAS, and
DIRECTOR OF RMACO, TERESA PATTON,
in their personal and official capacities,

      Defendants.
_____/

| | |
|---|---|
| SARAH RILEY HOWARD (P58531)<br>ELIZABETH L. GEARY (P76090)<br>PINSKY SMITH, PC<br>Attorneys for Plaintiff<br>146 Monroe Center St. NW, Ste. 418<br>Grand Rapids, MI  49503<br>(616) 451-8496<br>showard@pinskysmith.com<br>egeary@pinskysmith.com | JEREMY J. ROMER (P77287)<br>Attorney for Defendants, Regional Managed Assigned Counsel Office (RMACO) and Teresa Patton, only<br>16901 Michigan Avenue, Ste. 14<br>Dearborn, MI 48126<br>(313) 943-2035<br>jromer@dearborn.gov<br><br>LAURI B. STEWART (P55014)<br>KERR, RUSSELL AND WEBER, PLC<br>Attorney for Defendants 35th District Court, Chief Judge Ronald Lowe and Supervising Judge James Plakas, only<br>500 Woodward Ave., Ste. 2500<br>Detroit, MI  48226-3427<br>(313) 961-0200<br>lstewart@kerr-russell.com |

_____/

**APPEARANCE**

PLEASE ENTER the appearance of **OLA FARAJ HAMMOUD** as attorney of record on behalf of the Defendants, **Regional Managed Assigned Counsel Office (RMACO)** and **Teresa Patton**, only, in the above matter.

Respectfully submitted,

  /s/ Ola Faraj Hammoud
OLA FARAJ HAMMOUD (P81609)
Attorney for Defendants, Regional Managed Assigned Counsel Office (RMACO) and Teresa Patton, only
16901 Michigan Ave., Ste. 14
Dearborn, MI  48126
(313) 943-2035
ofaraj@dearborn.gov

Date:  March 3, 2026

### CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Sarah Riley Howard, Esq.<br>Elizabeth L. Geary, Esq.<br>146 Monroe Center St. NW<br>Suite 418<br>Grand Rapids, MI 49503 | Lauri B. Stewart, Esq.<br>500 Woodward Ave., Ste. 2500<br>Detroit, MI  48226-3427 |

  /s/Deborah Ivery
Deborah Ivery
16901 Michigan Ave., Ste. 14
Dearborn, MI  48126
(313) 943-2035
divery@dearborn.gov