UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUNDUS JABER,

                    Plaintiff,

                                        Case No.: 2:24-CV-10790-MAG-EAS
                                        Judge: Robert J. White

vs.

~~35th DISTRICT COURT~~, REGIONAL MANAGED ASSIGNED COUNSEL OFFICE (RMACO), and CHIEF JUDGE RONALD LOWE, SUPERVISING JUDGE JAMES PLAKAS, and DIRECTOR OF RMACO TERESA PATTON, in their personal and official capacities,

                                        * denotes dismissed party

                    Defendants.
_____/

## DEFENDANTS REGIONAL MANAGED ASSIGNED COUNSEL OFFICE (RMACO) AND TERESA PATTON'S WITNESS LIST

NOW COME Defendants, Regional Managed Assigned Counsel Office ("RMACO") and Teresa Patton (collectively "Defendants"), by and through their attorney, Jeremy J. Romer, and hereby provides the following witness list.

The following witnesses may be called at trial if it appears that they have non-cumulative knowledge of facts relevant to issues which may arise at trial.

    1.     Sundus Jaber, Plaintiff.

    2.     Teresa Patton, Defendant.

2.     Judge Ronald Lowe, Defendant.

3. Judge James Plakas, Defendant.

4. Judge Michael Gerou.

5. Rachel McRipley.

6. Alicia Martin.

7. Marilyn J. Clay.

8. Jennifer Russell.

9. Ronda Rouse.

10. Falisa Echols.

11. Alex Green IV.

12. All current or former employees of the 35th District Court.

13. All current and former prosecutors and/or defense attorneys practicing at the 35th District Court.

14. All current and former defense attorneys of RMACO.

15. All physicians, physician assistants, and nurses listed in Plaintiff's Responses to Interrogatories and Request for Production of Documents.

16. All of Plaintiff's health care providers and other treaters who provided any treatment, care, evaluation, or consultation concerning Plaintiff.

17. Representatives of and record keepers from all current or former employers of Plaintiff

18. All individuals identified on any witness list filed in this matter.

Defendants may also call records custodians and past and present employees of the following entities:

19. Record Custodian for RMACO.

20. Record Custodian of Plaintiff's current or former employers.

21. Record Custodian for all of Plaintiff's pharmacies.

22. Record Custodian for all of Plaintiff's healthcare providers and other treaters who provided any treatment, care, evaluation, or consultations concerning Plaintiff.

In addition, Defendants may call the following witnesses:

23. Medical expert(s) who will testify as to Plaintiff's emotional and physical state.

24. Economic expert(s) who will testify as to Plaintiff's damages, if any.

25. All persons or entities referred to in depositions, interrogatories, answers to interrogatories, requests for documents, or answers to requests for documents or answers to requests to admit.

26. Any and all witnesses named or identified by Plaintiff in any witness list, discovery response or pleading, regardless of whether those witnesses are called by Plaintiff at trial.

27. Any and all rebuttal witnesses.

28. Any and all witnesses necessary to lay the foundation for any exhibit.

Defendants reserves the right to designate further witnesses, including experts, after the close of discovery. If it appears that additional witnesses will or may be called to testify at trial, their names will be reported to Plaintiff's counsel as soon as possible prior to trial.

Respectfully submitted,

/s/ JEREMY J. ROMER

|  |  |
|---|---|
|  | JEREMY J. ROMER (P77287) |
|  | Attorney for Defendants, Regional |
|  | Managed Assigned Counsel Office |
|  | (RMACO) and Teresa Patton, only |
|  | 16901 Michigan Ave., Ste. 14 |
|  | Dearborn, MI  48126 |
|  | (313) 943-2035 |
| Dated: 3/3/2026 | jromer@dearborn.gov |

## **CERTIFICATE OF SERVICE**

I hereby certify that on 3/3/2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification to all attorneys on record:

   /s/Deborah Ivery
Deborah Ivery