UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| SUNDUS K. JABER,<br><br>Plaintiff,<br><br>v.<br><br>35TH DISTRICT COURT, et al.,<br><br>Defendants. | Case No. 24-CV-10790<br><br>Honorable Robert J. White |

## PLAINTIFF'S WITNESS LIST[1]

1. Defendant Plakas' ex-wife.

2. Judge Jinan Hamood.

3. Attorney Gabi Silvers.

4. Attorney Todd Perkins.

---

[1] On February 6, 2026, Plaintiff sought concurrence to modify the scheduling order deadlines for the "Lay and Expert Witness List" and "Amendment of Pleadings" due to personal circumstances, including bereavement. Plaintiff intends to request a status conference to address modification of the scheduling order and issues that arose the business day after Plaintiff's February 6, 2026, concurrence request. Plaintiff is also attempting to obtain complete deposition transcripts from other cases demonstrate a pattern of conduct related to one basis for the requested status conference but will likely need the Court's guidance regarding that.

5. Judge Nicole Castka.

6. Judge David Allen.

7. Attorney Jordan Zuppke.

8. Attorney Angie Martinez.

9. Melody Jaber.

10. Canton Township elected officials.

11. Attorney Nijad Mehanna.

12. Attorney Sam Bernstein.

13. Attorney Coral Watt.

14. Judge Aliyah Sabree.

15. Attorney Natalie Phelps.

16. Attorney Blasé Kearney.

17. Attorney Andrew Sullivan.

18. Attorney Lawerence Gadd.

19. Judge Joe Barone.

20. Attorney Sophia Nelson.

21. Attorney Cait De Mott Grady.

22. Attorney Barb Sworden.

23. Steve Heuwagan.

24. Katherine Hector.

25. Scott Still.

26. Adam Hazlett.

27. Attorney Scott Mackela.

28. Cristina Eckoff.

29. Attorney Tracie D. Boyd.

30. Former & current employees, contractors, and/or board members of the Council on American-Islamic Relations (CAIR).

31. Former & current employees, contractors, and/or commissioners of Michigan Indigent Defense Council (MIDC).

32. Former & current employees, and/or contractors of Indigent Defense Services Department (IDSD) of Wayne County.

33. Former & current employees, and/or contractors of the Neighborhood Defender Services (NDS) of Wayne County.

34. Former & current employees, and/or contractors of American Civil Liberties Union.

35. All witnesses required to establish the foundation for any evidence the Plaintiff intends to have admitted into the record.

36. Plaintiff incorporates by reference all individuals identified in Defendant Lowe, Defendant Plakas, and Defendants Patton & RMACO Initial Disclosures.

37. Plaintiff incorporates by reference all individuals listed in Defendant Lowe, Defendant Plakas, and/or Defendants Patton & RMACO's witness lists.

38. All rebuttal witnesses that may be needed.

Respectfully submitted,

/s/ Sundus K. Jaber
Plaintiff, Pro Se
Dated: March 3rd, 2026

PROOF OF SERVICE

On March 3rd, 2026, a copy of the foregoing document was served using the Eastern District of Michigan's ECF system.

/s/ Sundus K. Jaber
Sundus K. Jaber