UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUNDUS JABER,

    Plaintiff,

v.

35TH DISTRICT COURT, REGIONAL MANAGED ASSIGNED COUNSEL OFFICE (RMACO), and CHIEF JUDGE RONALD LOWE, SUPERVISING JUDGE JAMES PLAKAS, and DIRECTOR OF RMACO TERESA PATTON,
in their personal and official capacities,

    Defendants.

Case No. 2:24-cv-10790-MAG-EAS

Hon. District Judge Mark A. Goldsmith

---

## DEFENDANTS RONALD LOWE AND JAMES PLAKAS' INITIAL DISCLOSURES

NOW COME Defendants RONALD LOWE and JAMES PLAKAS (collectively "Defendants"), by and through their attorneys, KERR, RUSSELL AND WEBER, PLC, and for its list of witnesses who may be called to testify at the trial of the above-entitled cause of action, states as follows:

    1.    Sundus Jaber, Plaintiff

    2.    Judge Ronald Lowe, Defendant

1

3. Judge James Plakas, Defendant

4. Teresa Patton, Defendant

5. Judge Michael Gerou

6. Any and all current or former employees of the 35th District Court, including but not limited to:

   a. Katrina Wojotowicz;
   b. Alexis Fernimos;
   c. Jennifer Lada;
   d. Pam Avdoulos;
   e. Mark Frederick;
   f. Alyssa Freiburger
   g. Cathey Carico
   h. Dana Niemiec
   i. Deena Larose
   j. Janette Kirk
   k. Jodie Williams
   l. Kim Morawski
   m. Kim Rynicki
   n. Kimberley Piccolo
   o. Kristen McRae
   p. Maiya Taylor
   q. Stephen Cowell
   r. Penny Wasalski-Adams
   s. Jaclyn Trevarrow
   t. Katelin Comstock
   u. Andrew Zazula
   v. Clifton Nealey
   w. Eric Lakeman
   x. Todd Ye
   y. Scott Kearney
   z. Zack Bazzi

7. Any and all current or former employees of employees of RMACO.

2

8. Any and all current and former prosecutors and/or defense attorneys practicing at the 35th District Court including, but not limited to:

    a. Robin Persiconi
    b. Meghan Matthews
    c. Leah Stempky
    d. Ryan Kasak
    e. Anne Gabbert
    f. Kevin Bennett
    g. Greg Demopoulos
    h. Cameron Miller
    i. Sharon Grier

9. Miles Gerou

10. Representatives of, records keeper for, and/or current and former of Plaintiff

11. Representatives of, records keeper for, and/or current and former employees for Canton Township.

12. Chris Bartlett, potential economics expert.

13. Any and all individuals named in answers and/or responses to interrogatories, requests for production of documents, and/or requests for admission.

14. Any and all individuals named in any deposition testimony, whether based on written or oral examination.

15. Any and all additional individuals who may become known in the course of discovery.

3

4916-7850-5620, v. 1

16. Any individuals identified in any medical, employment, or other business record obtained through discovery.

17. Any and all individuals disclosed by Plaintiff.

18. Any and all individuals identified on the Witness Lists of other parties.

Defendants reserve the right to amend their list of witnesses as discovery proceeds.

          Respectfully submitted,

          **KERR, RUSSELL AND WEBER, PLC**

          By: */s/Lauri B. Stewart*
          Lauri B. Stewart (P55014)
          Attorney for Defendants 35TH District Court, Judge Low and Judge Plakas
          500 Woodward Avenue, Suite 2500
          Detroit, MI  48226-3427
          (313) 961-0200; FAX (313) 961-0388

Dated: March 5, 2026          lstewart@kerr-russell.com

4916-7850-5620, v. 1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2026 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all filing users indicated on the Electronic Notice List through the Court's electronic filing system.

By: */s/Crystal R. Maynor*
Crystal R. Maynor, Legal Assistant
KERR, RUSSELL AND WEBER, PLC