# EXHIBIT I

| From: | Lauri Stewart |
|---|---|
| To: | Sundus Jaber |
| Cc: | Jeremy Romer; Crystal Maynor |
| Subject: | Jaber v RMACO, et. al. |
| Date: | Tuesday, April 21, 2026 2:44:43 PM |
| Attachments: | kr_150_logo_c4e744ac-6217-4f7c-a5c3-e0102576354e.png |

Ms. Jaber,

I have received your recent filing ECG No. 63-5 (Response to Motion to Show Cause).  One of your exhibits (page ID 814-825) includes photocopies of what appear to be 11 different envelopes seemingly addressed to me at my office in Detroit and from you.  They are post-marked 4/7/26.  Although not specified, these are seemingly intended to prove that you mailed something (or 11 things) to me.   Please note that, despite the passage of two weeks, nothing has been received by my office from you.  What is it that you claim to have mailed, please? Please provide a tracking number asap so we can determine the status of these materials.  Thank you,

Lauri Stewart

**Lauri B. Stewart**
*Attorney*



**Kerr, Russell and Weber, PLC**
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
P: 313.961.0200 | F: 313.961.0388

NOTICE: The information contained in the above message is attorney privileged and confidential information solely for the use of the intended recipient. If the reader of this message is not the intended recipient, the reader is notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify Kerr, Russell and Weber, PLC by telephone at 313-961-0200.