UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUNDUS K. JABER,

    Plaintiff,

v.

35TH DISTRICT COURT, et al.,

    Defendants.

Case No. 24-CV-10790

Honorable Robert J. White

## FIRST DECLARATION OF SUNDUS K. JABER REGARDING DISCOVERY RESPONSES TO THE JUDICIAL DEFENDANTS

I, Sundus K. Jaber, declare as follows:

1. I am the Plaintiff in this matter.

2. I have personal knowledge of the facts stated in this declaration.

3. I will address other interrelated categories of information in separate declarations and why I did not want to disclose some of the information earlier to the Defendants and or publicly. (I still would prefer not to disclose some of the information but will be doing so).

4. This declaration is the first of two regarding the discovery responses to the Judicial Defendants, the discovery-response materials I had printed and prepared for the hearing scheduled for May 21, 2026, the electronic records I was prepared to make available to the Court concerning those materials and

compliance with ECF No. 67.

5.  On April 7, 2026, at approximately 7:30 p.m., near the time the post office was closing, I mailed discovery responses to the Judicial Defendants.

6.  At the hearing scheduled for May 21, 2026, I planned to provide the Court with a declaration confirming that the discovery responses I had printed and prepared for the hearing were the same or substantially the same responses that I mailed to the Judicial Defendants and that are now currently docketed in this case.

7.  I was also prepared to make my laptop available to the Court so the Court could directly review the metadata, Google Drive records, email communications, and related materials concerning my discovery responses, the protective order, and my response to the RMACO Defendants' Motion to Compel, including to demonstrate when the work was done.

8.  I trusted the Court then, and I still trust the Court, to review those materials directly on my laptop.

9.  I did not intend and still do not intend to allow the Defendants to operate or access my laptop themselves.

10. I believed review by the Court, in the presence or vicinity of the Defendants if the Court permitted it, would allow the Court to review the records directly while also allowing the Defendants to ask questions or raise issues

for the record.

11. Two days before the hearing, the Court entered ECF No. 67, which granted the Judicial Defendants' Motion to Compel, and the hearing was canceled minutes after the Court entered ECF No. 67.

12. Before the hearing scheduled for May 21, 2026, I conducted legal research concerning my response to the Judicial Defendants' Motion to Compel and the issues I expected might be addressed at the hearing.

13. Among other things, that time-stamped research affected my understanding of when and how I should raise issues. If the Court has any interest in reviewing the date, time, and content of that research, I am willing to provide access to the Court in a secure, non-public manner directed by the Court.

14. I do not intend this declaration to disclose privileged communications, and or attorney work products to the Defendants nor is this a waiver of any privilege or of private account details to anyone except the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 20, 2026, in Wayne County, MI.

*Sundus K. Jaber*

Sundus K. Jaber

3