

**D. DAN AND BETTY KAHN**
**HEALTH CARE PAVILION**
UNIVERSITY OF MICHIGAN HEALTH

**PAV5 Neurocritical Care Unit**
Pavilion 5th Floor
1315 E. Ann Street, SPC 1074
Ann Arbor, Michigan 48109-1074

734 615-8967 phone
734 615-4669 fax

https://umhealth.sharepoint.com/sites
/Nursing-NeuroICU/SitePages/Home.aspx

June 24, 2026

The Honorable Robert J. White
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 107
Detroit, MI 48226

Dear Judge White,

I am writing to let you know that ████ Jaber, brother of Sundus Jaber, was admitted to Michigan Medicine's Neurocritical Care Unit on June 24, 2026 at 0400, for a non-traumatic hemorrhage of the cerebral hemisphere.

Mr. Jaber is familiar to our unit and the neurosurgery service from his hospitalization earlier this year when he had a craniotomy to resect a brain tumor. He remained in our ICU until his discharge to inpatient rehabilitation on June 12, 2026. While in rehabilitation, Mr. Jaber had a significant change in his medical status which required re-admission to our hospital. He is currently in critical condition and it is anticipated he will experience brain death.

Throughout Mr. Jaber's hospitalizations and rehabilitation, his family has alternated shifts to ensure that someone is consistently present with him to provide emotional support and comfort. Given the severity of his brain injury, his family is experiencing significant psychological distress, which has made it difficult to maintain attention and concentration, memory, judgment, energy, and emotional regulation.

Our team has been given permission by the family to answer questions from Judge White's office related to this matter. We kindly ask that identities of those requesting information be verified before any additional information can be released. Please feel free to contact our unit social worker, Karissa Johnson, at 734-803-1340 to verify identity and coordinate a time to speak with the medical team.

Sincerely,

Dr. Venkatakrishna Rajajee

Please recycle