

**D. DAN AND BETTY KAHN**
**HEALTH CARE PAVILION**
UNIVERSITY OF MICHIGAN HEALTH

**PAV5 Neurocritical Care Unit**
Pavilion 5th Floor
1315 E. Ann Street, SPC 1074
Ann Arbor, Michigan 48109-1074

734 615-8967 phone
734 615-4669 fax

https://umhealth.sharepoint.com/sites
/Nursing-NeuroICU/SitePages/Home.aspx

June 25, 2026

The Honorable Robert J. White
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 107
Detroit, MI 48226

Dear Judge White,

I am writing to you to provide an update to the letter provided by Dr. Rajajee on June 24, 2026. ▮▮▮▮ Jaber, brother of Sundus Jaber, was pronounced dead at 1:42pm today, June 25,2026.

Our team has been given permission by the family to answer questions from Judge White's office related to this matter. We kindly ask that identities of those requesting information be verified before any additional information can be released. Please feel free to contact me at 734-803-1340 to verify identity and coordinate a time to speak with the medical team.

Sincerely,

*KJohnson, LMSW*

Karissa Johnson, LMSW
Social Worker MSW Senior