UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Sundus K Jaber [E−filer],

                              Plaintiff(s),

v.                                                    Case No. 2:24−cv−10790−RJW−EAS
                                                      Hon. Robert J. White

35th District Court, et al.,

                              Defendant(s),

_____

### NOTICE OF MOTION HEARING

    You are hereby notified to appear before District Judge Robert J. White at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 111.  The following motion(s) are scheduled for hearing:

            Motion to Dismiss – #69
            Motion for Sanctions – #73

    • MOTION HEARING:  July 22, 2026 at 01:30 PM

    **ADDITIONAL INFORMATION:**    All deadlines are stayed pending the resolution of the motions.


### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/Tara L Villereal
                                  Case Manager


Dated:   June 26, 2026