UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUNDUS JABER,

      Plaintiff,

v.

35TH DISTRICT COURT, et al.,

      Defendants.

Case No. 24-cv-10790

Honorable Robert J. White

## ORDER RESOLVING MOTIONS AND DISMISSING THE CASE WITH PREJUDICE

This case arises from Plaintiff Sundus Jaber's time practicing as a public defender at Michigan's 35th District Court; Plaintiff initially asserted claims against Defendants the 35th District Court, Judge James Plakas, Chief Judge Ronald W. Lowe, the Regional Managed Assigned Counsel Office for Wayne County (RMACO), and Teresa Patton, RMACO's director.[1] (ECF No. 14, PageID.109-26). Before the Court is RMACO Defendants' motion to dismiss (ECF No. 69) and Judicial Defendants' motion for sanctions, including dismissal (ECF No. 73). The Court held oral argument on July 22, 2026.

---

[1] The 35th District Court, Judge Plakas, and Chief Judge Lowe are collectively referred to as "Judicial Defendants."  RMACO and Patton are collectively referred to as "RMACO Defendants."

For the reasons stated on the record, the Court ORDERS that RMACO Defendants' motion to dismiss (ECF No. 69) is GRANTED.

IT IS FURTHER ORDERED that Judicial Defendants' motion for sanctions (ECF No. 73) is GRANTED.

IT IS FURTHER ORDERED that this action is dismissed with prejudice under Fed. R. Civ. P. 37(b)(2)(A)(*v*).

IT IS FURTHER ORDERED that Judicial Defendants' remaining outstanding motions (1) to strike Plaintiff's June 22, 2026 declaration (ECF No. 82) and (2) for relief from scheduling deadlines (ECF No. 85) are both DENIED as moot.

This is a final order and closes the case.

SO ORDERED.

Dated: July 23, 2026

s/Robert J. White
Robert J. White
United States District Judge

2