UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Sundus K. Jaber,

Plaintiff(s),

Case No. 2:24-cv-10790-RJW-EAS

v.

Judge Robert J. White

Defendant Ronald Lowe, Defendant Teresa Patton, Defendant James Plakas, Defendant Regional Manager Assigned Counsel Office (RMACO) et. al.

Defendant(s).

Magistrate Judge

______________________________/

# NOTICE OF APPEAL

Notice is hereby given that Sundus K. Jaber, Pro Se [Name of Party] appeals to the United States Court of Appeals for the Sixth Circuit from the: ☒ Judgment ❑ Order

❑ Other: ______________________________

entered in this action on 7/23/26 [Date].

Date: 8/21/2026

Counsel is: Pro se [CJA, FDO, pro se, pro bono, retained, U.S.Atty]

/s/ Sundus K. Jaber
Signature

84333
Bar No.

39111 Six Mile Rd.
Street Address

Livonia, MI 48152
City, State Zip Code

734-224-3660
Telephone Number

attorneys.jaber@sundusjaberlaw.com
Primary Email Address

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $605.00 check payable to: Clerk, U.S. District Court.