UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Sundus K Jaber [E−filer],

Plaintiff(s),

v.

Case No. 2:24−cv−10790−RJW−EAS
Hon. Robert J. White

Regional Managed Assigned Counsel Office, et al.,

Defendant(s).

---

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

United States Court of Appeals for the Sixth Circuit
Potter Stewart U.S. Courthouse
100 East Fifth Street, Fifth Floor
Cincinnati, OH 45202−3988

and all interested parties, by electronic means or first class U.S. mail, on August 24, 2026.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/ J Parker
Deputy Clerk

Dated: August 24, 2026